## Melvin MAYWEATHER, Appellee,

v.

## Lethell DAVIS, CO–1, Correctional Security Officer, Benton Unit (originally sued as L. Davis), Appellant.

### No. 02–2436.

United States Court of Appeals,
Eighth Circuit.

Submitted Feb. 19, 2003.

Decided Feb. 24, 2003.

Before BYE, FAGG, and RILEY, Circuit Judges.

---

1. The Honorable Donald E. O'Brien, United States District Judge for the Northern District of Iowa.

PER CURIAM.

Arkansas Department of Correction officer Lethell Davis appeals an adverse jury verdict in a 42 U.S.C. § 1983 action brought against him, as well as the district court's[1] denial of his motion for judgment as a matter of law or for remittitur of the damages award. Upon de novo review, *see Kinserlow v. CMI Corp.,* 217 F.3d 1021, 1025 (8th Cir.2000), we conclude the district court did not err in denying Davis judgment as a matter of law. We also conclude the court did not abuse its discretion in denying Davis remittitur, as the award was not conscience-shocking or unjust. *See Duty v. Norton–Alcoa Proppants,* 293 F.3d 481, 496 (8th Cir.2002).

Accordingly, we affirm for the reasons stated by the district court. *See* 8th Cir. R. 47B.

Before BYE, FAGG, and RILEY, Circuit Judges.

---

1. The Honorable George Howard, Jr., United States District Judge for the Eastern District of Arkansas.